■ PEOPLE v MARK CRUM, Defendant. [604 NYS2d 846] —

Motion to extend time to take appeal granted. Memorandum: Pursuant to 22 NYCRR 1022.11 (a), counsel is required to notify defendant in writing of defendant's right to appeal in all cases *(People v Kieffer,* 191 AD2d 1050). No exception is made in the case of defendants who waive their right to appeal *(see, People v Callahan,* 80 NY2d 273). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.